

February 8, 2021

**Via ECF**
Honorable Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re: United States v. Tyrone Davis
Ind. # 13 Cr. 986 (LTS) - VOSR

Dear Judge Swain,

    Mr. Davis is scheduled is scheduled for a VOSR initial appearance tomorrow, February 9, 2021. I have been informed by US Probation that Mr. Davis is presently in New York State custody because of a recent arrest. I am further advised that it would be unlikely that he would be available for his scheduled appearance tomorrow. I have spoken with the government and with Probation, and we are all in agreement that, assuming the Court is amenable, an adjournment is advisable to coordinate Mr. Davis's presence.

    Therefore, may I respectfully request that the Court adjourn tomorrow's appearance for at least two weeks – at a date and time convenient to the Court.

    Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP

By: Steven Brill

The initial appearance is adjourned to March 2, 2021, at 9:00 a.m. Counsel are directed to notify the Court immediately once Mr. Davis has been transferred to federal custody and the facility in which he is housed has been determined. The precise date, time and modality of the appearance cannot be determined until late in the week before, so counsel are requested to keep their calendars open as much as possible for the mornings of March 2 and 3, 2021.
SO ORDERED.
2/8/2021
/s/ Laura Taylor Swain, USDJ