UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                                       No. 13CR986-LTS

TYRONE DAVIS (1),

                  Defendant.

-------------------------------------------------------------X

### ORDER

The Court hereby appoints CJA counsel Steven G. Brill, Esq. , to represent Mr. Davis in connection with supervised release violation issues.  Mr. Brill's appointment is nunc pro tunc as of February 3, 2021.

    SO ORDERED.

Dated: New York, New York
         February 12, 2021

                                                        /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                       United States District Judge